# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TEVIS R. IGNACIO,<br><br>    Plaintiff,<br><br>vs.<br><br>US DOLLAR, UNITED STATES GOVERNMENT, UNITED STATES DEPARTMENT OF JUSTICE, BANKING INDUSTRY, WELLS FARGO BANK, FEDERAL JUDGES OF NEVADA AND CALIFORNIA, CALIFORNIA STATE DIVORCE JUDGES, CALIFORNIA STATE BAR, POLICE DEPARTMENTS OF STATE OF CALIFORNIA, DISTRICT ATTORNEY'S OFFICE SANTA CLARA, FBI, and DOES 1-1,000,000,<br><br>    Defendants. | No. C08-0047-LRR<br><br>ORDER |

       This matter is before the court on the submission of a complaint. The plaintiff submitted such complaint on April 28, 2008. The plaintiff submits neither the filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Moreover, the plaintiff did not sign his complaint, *see* Fed. R. Civ. P. 11(a) (regarding signing of pleadings); L.R. 11 (same), and the complaint does not comply with the general rules of pleading, *see* Fed. R. Civ. P. 8(a). Finally, a cursory review of the plaintiff's complaint suggests that venue is not appropriate in this district, *see* 28 U.S.C. § 1391 (addressing venue generally), and jurisdiction is lacking because a federal district court is unable to vacate a state court judgment, *see generally* 28 U.S.C. § 1331 (addressing federal question jurisdiction). Accordingly, this action is dismissed without prejudice. 28

U.S.C. § 1914; 28 U.S.C. § 1915.  The Clerk of Court is directed to file the complaint for the purpose of making a record.

**IT IS SO ORDERED**

**DATED** this 30th day of April, 2008.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA